

1 **GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040

2 jgolden@go2.law
Ryan W. Beall, State Bar No. 313774

3 rbeall@go2.law
3070 Bristol Street, Suite 640

4 Costa Mesa, California 92626
Telephone    714-966-1000

5 Facsimile    714-966-1002

6 Attorneys for Debtor and Debtor-in-Possession
MedTruly Inc.

7

The following constitutes the order of the Court.
Signed: January 31, 2025

_____

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

8            **UNITED STATES BANKRUPTCY COURT**

9     **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

10

11 In re

12 MEDTRULY INC., a Delaware
corporation,

13

14            Debtor and Debtor-in-
            Possession.

15

16

17

18

19

Case No. 23-51507-MEH

Chapter 11 - Subchapter V

**ORDER APPROVING NON-MATERIAL
MODIFICATIONS OF DEBTOR'S
AMENDED CHAPTER 11 PLAN DATED
SEPTEMBER 7, 2024**

**Hearing:**
**DATE:    January 23, 2025**
**TIME:    10:00 a.m.**
**CTRM:   11 or Via Zoom**

          **280 South First Street**
          **San Jose, California 95113**

20        On January 23, 2025, at 10:00 a.m., the Court held a hearing regarding the

21 *Debtor's Motion for Order Approving Non-Material Modifications of Debtor's Amended*

22 *Plan of Reorganization Dated September 7, 2024* [Dkt. 190] ("Motion") filed by MedTruly

23 Inc., debtor-in-possession ("Debtor") in the above-captioned Chapter 11, Subchapter V

24 case ("Case").  Appearances were as noted in the record.

25        The Court, having considered the Motion, and related pleadings, having heard the

26 arguments of counsel at the hearing, and good cause appearing,

27        THE COURT FINDS THAT:

28        A.        Notice of the Motion was proper and adequate; and

*Golden Goodrich LLP*
*3070 Bristol Street, Suite 640*
*Costa Mesa, California 92626*
*Tel 714-966-1000   Fax 714-966-1002*

B.    Cause exists to grant the Motion.

Based on the foregoing and the findings and conclusions stated orally on the record, and good cause appearing therefor,

IT IS ORDERED:

1.    The Motion is granted.

2.    The cap on professional fees is $250,000.

APPROVED AS TO FORM:

Dated:  January 31, 2025            /s/ Mark M. Sharf

Mark M. Sharf, Subchapter V Trustee

**END OF ORDER**

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1                         **<u>COURT SERVICE LIST</u>**

2

3  ECF Recipients

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002